UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00256

**Jace Laws,**
*Plaintiff,*

v.

**Christopher Byrdsong, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

This is a prisoner civil rights case arising under 42 U.S.C. § 1983. Before the court is the report and recommendation of the United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 1915A. Doc. 15. Having reviewed the report, and there being no objections to the report, the court now **adopts** the magistrate judge's report and **dismisses** all claims against defendant Tonya Reed.

*So ordered by the court on September 6, 2019.*

J. CAMPBELL BARKER
United States District Judge