UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00256

**Jace Laws,**
*Plaintiff,*

v.

**Christopher Byrdsong et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

This § 1983 civil rights lawsuit was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3. On December 12, 2019, the magistrate judge filed a report recommending that the case be dismissed with prejudice. Doc. 29. A copy of the report was sent to the Plaintiff at his last known address, return receipt requested, and no objections have been received. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Having reviewed the report, the court is satisfied that it contains no clear error and **adopts** it as the opinion of the court. It is therefore **ordered** that the above-styled civil action is **dismissed with prejudice** until such time as the plaintiff can show that his conviction has been overturned, expunged by executive order, declared invalid in a state collateral proceeding, or called into question through the issuance of a federal writ of habeas corpus. Any pending motions are hereby **denied**. Each party shall bear its own costs.

*So ordered by the court on March 2, 2020.*

J. CAMPBELL BARKER
United States District Judge